# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| DUNCAN J. McNEIL, III, | ) |
| | ) |
|     PLAINTIFF | ) |
| | ) |
| v. | )     CIVIL NO. 05-114-P-H |
| | ) |
| UNITED STATES, ET AL., | ) |
| | ) |
|     DEFENDANTS | ) |

## ORDER ON NOTICE OF APPEAL

McNeil's purported Notice of Appeal from Orders dated "6/24/05, 8/1/05, 8/3/05, 8/8/05, 8/23/05, 8/31/05 & 10/4/05" is not an appeal of my Order of October 6, 2005, prohibiting McNeil from further filings as a vexatious litigant. In that Order, I directed that McNeil was permitted to make *no* further filings without prior permission of this court, except to appeal that Order. This purported notice of appeal, dated 10/11/05, is therefore **ORDERED STRICKEN**. In any event, I would deny the request to proceed without paying fees (*in forma pauperis*) and for appointment of counsel. McNeil's claims and arguments are entirely frivolous.

    SO ORDERED.

    DATED THIS 4TH DAY OF NOVEMBER, 2005

    /S/D. BROCK HORNBY
    **D. BROCK HORNBY**
    **UNITED STATES DISTRICT JUDGE**